# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
|---|---|
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    Diversity

    Federal Question

    The "Mass Action" provisions of the Class Action Fairness Act

    ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    - Exposure to turnout gear ("TOG") containing PFAS.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

    Count I – Defective Design
    Count II – Failure to Warn
    Count III – Negligence
    Count IV – Negligence Per Se
    Count V – Trespass and Battery
    Count VI – Strict Product Liability
    Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
    Count VIII – Concealment, Misrepresentation, and Fraud
    Count IX – Conspiracy
    Count X – Wrongful Death
    Count XI – Loss of Consortium

    <u>Other Causes of Action:</u>
    Count XII – _____
    Count XIII – _____
    Count XIV – _____
    Count XV – _____
    Count XVI – _____
    Count XVII – _____
    Count XVIII – _____
    Count XIX – _____
    Count XX – _____
    Others
    _____
    _____
    _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/03/2025　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　The ClaimBridge PLLC

　　　　　　　　　　　　　　　　　　　　/s/: _____

　　　　　　　　　　　　　　　　　　　　Michael A. Hochman Esq. 5411

　　　　　　　　　　　　　　　　　　　　McPherson Rd Ste. 110 Laredo, Texas

　　　　　　　　　　　　　　　　　　　　78041 Telephone: (956) 704-5187

　　　　　　　　　　　　　　　　　　　　Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation , MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Wilson, Linda Lousie | 06/10/1947 | | Middle District of Florida | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 2. | Williams, Steven Sheldon | 02/08/1960 | | Southern District of Ohio | Yes | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 3. | Williams, Mary Jean | | | Southern District of Ohio | | | | | Count XI |
| 4. | Williams, Sharon Yvonne | 07/17/1954 | | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 5. | Willard, Keith R. | 02/07/1951 | | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 6. | Webster, Matthew A. OBO Webster, Denise J | 10/08/1969 | | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 7. | Webster, Matthew A. | | | Middle District of Pennsylvania | | | | | Count XI |
| 8. | Watkins, Ronald D. | 01/13/1961 | | Southern District of Mississippi | No | Yes | No | Kidney Cancer, Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 9. | Watkins, Joeann | | | Southern District of Mississippi | | | | | Count XI |
| 10. | Waller Jr., John L. | 11/26/1941 | | Western District of North Carolina | No | Yes | No | Testicular Cancer, Non - Hodgkin's Lymphoma | Counts I-XI |
| 11. | Waller, Jeanette W. | | | Western District of North Carolina | | | | | Count XI |
| 12. | Turner, Carl Melton | 07/03/1961 | | Middle District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 13. | Turner, Dottie Elaine | | | Middle District of Georgia | | | | | Count XI |
| 14. | Switzer, Edward Charles | 03/01/1977 | | Southern District of Texas | No | Yes | No | Testicular Cancer | Counts I-XI |
| 15. | Switzer, Edward C. | 03/26/1949 | | Eastern District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Switzer, Susan | | | Eastern District of Missouri | | | | | Count XI |
| 17. | Swift Bird, Peter R. | 05/11/1961 | | District of South Dakota | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 18. | Surratt, Michael Daniel | 05/20/1963 | | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 19. | Stagner, Loyle | 08/29/1941 | | Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 20. | Spencer, Amanda Jean | 08/16/1988 | | Central District of Illinois | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 21. | Simms, Isaac Paul | 04/12/1982 | | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 22. | Shafer, Grant Esplin | 11/07/2002 | | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 23. | Rodriguez, Ismael Stout | 08/24/1952 | | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 24. | Cindy Rodriguez | | | Southern District of Texas | | | | | Count XI |
| 25. | Risnes, Joanne M. | 12/05/1958 | | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 26. | Risnes, Blair James | | | Central District of California | | | | | Count XI |
| 27. | Richards Jr., William Xavier OBO Richards, Andre | 04/17/1959 | | Eastern District of Pennsylvania | No | Yes | No | Liver Cancer | Counts I-XI |
| 28. | Regalado Jr., Jesus Adriane | 03/16/1988 | | Northern District of Alabama | No | Yes | No | Testicular Cancer | Counts I-XI |
| 29. | Ramsey, Veronica | 03/04/1963 | | Western District of Tennessee | No | Yes | No | Thyroid Disease | Counts I-XI |
| 30. | Powell, Jason Martin | 01/30/1971 | | Northern District of Iowa | No | Yes | No | Kidney Cancer, High Cholesterol, Bladder Cancer | Counts I-XI |
| 31. | Pinckney, Shirley Ann | 01/22/1965 | | District of South Carolina | No | Yes | No | Liver Cancer | Counts I-XI |
| 32. | Northington, James Allen | 09/08/1959 | | Western District of Kentucky | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 33. | Murphy, Martha Jean | 11/12/1951 | | Southern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 34. | Muncy, Paula Jean | 03/20/1962 | | Middle District of Tennessee | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 35. | Miles, Jeffrey Glen | 09/19/1956 | | Southern District of Georgia | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 36. | Mignano, Danik Frinet | 01/28/1969 | | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 37. | McGraw, Richard D. | 06/17/1958 | | Northern District of Alabama | No | Yes | No | Kidney Cancer, Liver Cancer, High Cholesterol, Colon Cancer | Counts I-XI |
| 38. | Hall, Veda | | | Northern District of Alabama | | | | | Count XI |
| 39. | McCoy, Janice Eades OBO McCoy, Terry Lyn | 08/12/1954 | | Western District of North Carolina | No | Yes | No | Ulcerative Colitis, Thyroid Disease, High Cholesterol | Counts I-XI |
| 40. | Martin, Lyndel | 08/11/1961 | | Northern District of Texas | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 41. | Mackey, Geoffrey Eric | 01/05/1960 | | Western District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 42. | Lufudu, Jerry Omambo | 01/27/1976 | | Middle District of North Carolina | No | Yes | No | Kidney Cancer, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 43. | Leverich, Julia Ann OBO Leverich, Gerald Le | 05/06/1952 | | Southern District of Iowa | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 44. | Letellier, James E. | 10/18/1948 | | Western District of Washington | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 45. | Leaverton, Cassandra Sue | 07/08/1974 | | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 46. | Langston, Melanie Gail | 09/27/1977 | | Eastern District of California | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 47. | Koehn-Adams, Terra Irene | 01/27/1970 | | Eastern District of Tennessee | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 48. | Klemba, Joseph William | 03/18/1955 | | Middle District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 49. | King, Herman | 05/27/1960 | | Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | King, Molly M. | | | Northern District of Texas | | | | | Count XI |
| 51. | Johnston, David George | 12/02/1950 | | Western District of Washington | Yes | No | No | Thyroid Disease, Prostate Cancer, High Cholesterol | Counts I-XI |
| 52. | Jackson, Talia Shante | 07/07/2002 | | District of Maryland | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |

| # | Name | DOB | District | | | | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|
| 53. | Jack, Dernisy Iehsi | 12/16/1965 | Western District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 54. | Jack, Youngden Dehn | | Western District of Missouri | | | | | Count XI |
| 55. | Hauptman, Joseph George | 11/29/1981 | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 56. | Harvey, Terry | 01/18/1948 | Central District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 57. | Harris Jr., Robert | 08/05/1966 | Southern District of Georgia | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 58. | Givens, Carolyn | 11/21/1967 | Eastern District of Texas | No | Yes | No | Thyroid Disease, Liver Cancer | Counts I-XI |
| 59. | Gill, Thomas William | 03/13/1959 | District of South Dakota | No | Yes | No | Testicular Cancer | Counts I-XI |
| 60. | Garrison, Samuel | 10/21/1949 | District of New Jersey | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 61. | Garrison, Curle | | District of New Jersey | | | | | Count XI |
| 62. | Gardner, C.L. | 07/31/1951 | Southern District of Mississippi | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 63. | Gardner, Ivora Lee | | Southern District of Mississippi | | | | | Count XI |
| 64. | Gainer, Carol | 09/15/1950 | Northern District of Ohio | No | Yes | No | High Cholesterol, Kidney Cancer | Counts I-XI |
| 65. | Ford, Kathleen Ada | 02/17/1961 | Eastern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 66. | Ford, Dennis | | Eastern District of Texas | | | | | Count XI |
| 67. | Evaro, Shirley Ann | 01/31/1959 | Southern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 68. | Duty, Barry Lane | 07/28/1959 | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 69. | ue, Marianne Virginia OBO Dubuque, Paul | 05/23/1951 | Western District of Washington | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 70. | Driskell, James Eugene | 11/05/1958 | Western District of Pennsylvania | Yes | Yes | No | Liver Cancer, Colorectal Cancer | Counts I-XI |
| 71. | Dorsey, Trentis | 10/27/1965 | Western District of Tennessee | No | Yes | No | Kidney Cancer, Prostate Cancer, High Cholesterol | Counts I-XI |
| 72. | Doran, Kevin Anthony | 11/14/1989 | Southern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 73. | Donaldson, Norman | 05/14/1964 | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 74. | Dominguez, Jorge Mario | 01/03/1971 | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 75. | Dixon, Thomas | 01/23/1967 | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 76. | DeSimas, Steven Matthew | 11/07/1958 | District of Massachusetts | No | Yes | No | Kidney Cancer, High Cholesterol, Bladder Cancer | Counts I-XI |
| 77. | Davis, Jacquelyn Renee | 08/18/1954 | District of Nevada | No | Yes | No | Liver Cancer, Colon Cancer | Counts I-XI |
| 78. | Cunningham, Gary | 01/18/1960 | District of Nebraska | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 79. | Criswell, Thomas Charles | 03/23/1971 | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 80. | Crichton, Tiffany Lynn | 09/06/1987 | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 81. | Connors, Kevin G. | 03/13/1962 | Central District of California | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 82. | Conner III, Thomas | 04/12/1966 | Southern District of West Virginia | No | Yes | No | Kidney Cancer, Thyroid Disease | Counts I-XI |
| 83. | Conner, Michelle | | Southern District of West Virginia | | | | | Count XI |
| 84. | Collins, Karen Jo | 04/17/1958 | Western District of Missouri | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 85. | Collins, Joseph | 10/14/1960 | Southern District of Mississippi | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 86. | Coleman, Andrew William | 02/21/1975 | Southern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 87. | Clifton, Charles David | 01/22/1953 | Northern District of Alabama | No | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer | Counts I-XI |
| 88. | Clifton, Helen | | Northern District of Alabama | | | | | Count XI |
| 89. | Clark, Edith Zoe | 12/21/1964 | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 90. | Ciccoli Jr, Kenneth Anthony | 09/10/1993 | District of Alaska | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 91. | Cherry, James Louis Jr. | 09/13/1959 | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I-XI |
| 92. | Chambers, Cynthia Diane | 09/29/1954 | Southern District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 93. | Chace, Janice Marie | 04/02/1966 | District of South Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 94. | Cawthon, Wayne | 08/13/1950 | Central District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 95. | Castillo, Arturo | 03/12/1972 | Southern District of Texas | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 96. | Castillo, Irma Irasema | | Southern District of Texas | | | | | Count XI |
| 97. | Carter, Barry Neal | 10/15/1947 | Eastern District of Texas | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 98. | Carson Sr., Kevin Arthur | 08/29/1960 | Southern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 99. | Capps, Robert Edward | 07/11/1970 | Eastern District of Texas | No | Yes | No | Prostate Cancer, Kidney Cancer, High Cholesterol | Counts I-XI |
| 100. | Capps, Ashley | | Eastern District of Texas | | | | | Count XI |
| 101. | Cannon, Emily Lichfield | 06/21/1963 | District of Utah | No | Yes | No | Thyroid Disease | Counts I-XI |
| 102. | Cannon, Scott C. | | District of Utah | | | | | Count XI |
| 103. | Cabrera, America | 08/20/1969 | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Cabrera, Elias | | Southern District of Texas | | | | | Count XI |
| 105. | Byars Sr., Ralph W. | 07/03/1940 | Western District of Kentucky | No | Yes | No | Kidney Cancer, Prostate Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 106. | Burrow, Vincent Anthony | 08/11/1963 | Northern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 107. | Burba, Richard Leroy | 10/21/1952 | Southern District of Ohio | No | Yes | No | Kidney Cancer, Thyroid Disease, Prostate Cancer | Counts I-XI |
| 108. | Bunton, George Thomas | 01/17/1963 | Western District of Kentucky | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 109. | West-Bunton, June Lee Ellen | | Western District of Kentucky | | | | | Count XI |

| # | Name | DOB | District | | | | Conditions | Counts |
|---|---|---|---|---|---|---|---|---|
| 110. | Buchanon, Jeffery L. | 06/14/1957 | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer, Prostate Cancer | Counts I-XI |
| 111. | Buchanon, Rachel L. | | Eastern District of Pennsylvania | | | | | Count XI |
| 112. | Brown, Clarence | 10/02/1944 | Northern District of Indiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 113. | Brown, Barbara Jean | 08/19/1951 | Eastern District of Virginia | No | Yes | No | Thyroid Disease, Liver Cancer | Counts I-XI |
| 114. | Brown, William Jr. | | Eastern District of Virginia | | | | | Count XI |
| 115. | Brown Jr., Charles Edward | 11/24/1953 | District of South Carolina | Yes | Yes | No | Kidney Cancer, Bladder Cancer | Counts I-XI |
| 116. | Brown, Leslie | | District of South Carolina | | | | | Count XI |
| 117. | Brinkley, WIlliam Cylde | 09/12/1958 | District of Nevada | No | Yes | | Liver Cancer | Counts I-XI |
| 118. | Brewer, William Anthony III | 09/21/1985 | Eastern District of Wisconsin | Yes | No | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 119. | Brewer, Robert Jerrell | 02/13/1949 | Northern District of Texas | No | Yes | No | Liver Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 120. | Bowen, James Randy | 01/27/1954 | Western District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 121. | Boone, Linda Hills | 09/05/1961 | District of New Jersey | No | Yes | No | Thyroid Cancer, Ulcerative Colitis, Kidney Cancer | Counts I-XI |
| 122. | Boone, Arthur Lee | | District of New Jersey | | | | | Count XI |
| 123. | Booker, Edward Junior | 07/07/1951 | Eastern District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 124. | Bollinger, Keith Edward OBO Bollinger, Anna Mar | 02/02/1962 | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Bogue, Janelle Ilene | 08/12/1961 | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 126. | Blue, Auriel Michal | 07/04/1988 | Southern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 127. | Blair, Joanna Renee | 08/01/1954 | Northern District of Indiana | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 128. | Blair, Carol Christine | 02/07/1953 | Eastern District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 129. | Black, David Wayne | 10/22/1958 | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 130. | Black, Sharon | | Northern District of Mississippi | | | | | Count XI |
| 131. | Beville, Marvin Jermayne | 09/16/1970 | Southern District of Indiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 132. | Bernal, Sarah Victoria OBO White, Jack Morr | 05/22/1940 | Southern District of Texas | No | Yes | No | Testicular Cancer, Prostate Cancer | Counts I-XI |
| 133. | White, Elizabeth | | Southern District of Texas | | | | | Count XI |
| 134. | Beemer, Patricia Ann OBO Beemer, Vernon Theo | 08/03/1939 | Western District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 135. | Beard, Ronald | 09/15/1952 | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 136. | Baxter, Melissa J. | 10/09/1980 | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 137. | Bateau, Immacula Francois | 04/06/1966 | Southern District of Florida | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 138. | Exime, Wednisson | | Southern District of Florida | | | | | Count XI |
| 139. | Barr, William Charles | 06/03/1966 | District Court of Nevada | No | Yes | No | Ulcerative Colitis, Liver Cancer | Counts I-XI |
| 140. | Barnes, Roberto | 07/19/1961 | District of New Jersey | No | Yes | No | High Cholesterol, Testicular Cancer | Counts I-XI |
| 141. | Barnes, Ricky Lynn | 08/09/1960 | Western District of Kentucky | No | Yes | No | Ulcerative Colitis, Liver Cancer | Counts I-XI |
| 142. | Barnes, Donna | | Western District of Kentucky | | | | | Count XI |
| 143. | Barden Jr, Robert Leo | 04/30/1964 | Western District of Tennessee | No | Yes | No | Kidney Cancer | Counts I-XI |
| 144. | Barden, Sheree | | Western District of Tennessee | | | | | Count XI |
| 145. | Banish, Carl | 12/19/1946 | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 146. | Aybar, Pedro Juan | 07/12/1956 | Western District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 147. | Arnold, Michael | 04/21/1955 | Northern District of Georgia | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 148. | Arnold, Janice Sue | | Northern District of Georgia | | | | | Count XI |
| 149. | Arkadie, Derek Lee | 05/08/1972 | Southern District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 150. | Arkadie, Lineshia | | Southern District of Texas | | | | | Count XI |